IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL KIRK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 15-cv-833 |
| | § | |
| INVESCO, INC., INVESCO, LTD., AND | § | |
| INVESCO ADVISERS, INC. | § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL

Plaintiff Cheryl Kirk provides notice to the Court that she is dismissing Defendants Invesco, Inc. and Invesco Advisers, Inc. from this lawsuit without prejudice. Kirk has been informed by Defense counsel and understands that Invesco, Ltd. is the sole proper defendant in this case.

An Amended Complaint is being filed contemporaneously with this notice.

Respectfully submitted,

Dated: April 29, 2015                    SUD LAW P.C.


*/s/ Nitin Sud*
Nitin Sud
State Bar No. 24051399
Federal ID No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Fax: 832-304-2552
Email: nsud@sudemploymentlaw.com

Attorney for Plaintiff

1