UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL KIRK, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-15-833 |
| INVESCO, LTD., | § § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT**

Pursuant to the court's order adopting the Magistrate Judge's memorandum and recommendation signed this day, defendant's motion for summary judgment is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Judgment shall enter in favor of defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on August 18, 2016.

_____
Gray H. Miller
United States District Judge