IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL KIRK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 15-cv-833 |
| | § | |
| INVESCO, LTD. | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| | § | |

# **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Cheryl Kirk hereby appeals to the United States Court of Appeals for the Fifth Circuit from an order granting Defendant's summary judgment motion, denying Plaintiff's partial summary judgment motion, overruling Plaintiff's objections to the Magistrate Judge's Memorandum and Recommendation, and adopting the Magistrate Judge's Memorandum and Recommendation in full (*Docket #69*) and from the final judgment (*Docket #70*) entered in this action on August 18, 2016.

Respectfully submitted,

Dated: September 8, 2016	SUD LAW P.C.

>	*/s/ Nitin Sud*
>	Nitin Sud
>	State Bar No. 24051399
>	Federal ID No. 611307
>	6750 West Loop South
>	Suite 920
>	Bellaire, Texas 77401
>	Phone: 832-623-6420
>	Fax: 832-304-2552
>	Email: nsud@sudemploymentlaw.com

>	Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following attorney via the Court's electronic filing service on September 8, 2016.

>	Yvette Gatling
>	Littler Mendelson P.C.
>	1301 McKinney Street
>	Suite 1900
>	Houston, Texas 77010
>	Phone: 713-951-9400
>	Fax: 713-456-2481
>	Email: ygatling@littler.com

>	*/s/ Nitin Sud*
>	Nitin Sud